```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


SIR LEE SCHOALS,                  )
                                  )
                                  )
             Plaintiff,           )      1:05-CV-01185 OWW SMS
                                  )
       v.                         )
                                  )
HOME DEPOT, INC.,                 )      ORDER DISMISSING ACTION
                                  )      PURSUANT TO STIPULATION
                                  )
             Defendant            )
_____)
```

Pursuant to the stipulation of the parties, this matter is ordered dismissed with prejudice and with both sides bearing their own costs, expenses and attorneys fees.

Dated: June 27, 2006                    /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge

1